UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

        Plaintiff,

       v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. 19-cv-01817-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's orders to file a complaint on this Court's form, and to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion <u>must</u> contain (i) a complaint on this Court's form; <u>and</u> (ii) a complete IFP application or payment for the $400.00 filing fee.

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them.

The Clerk shall enter judgment in favor of defendants, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 31, 2019



WILLIAM H. ORRICK
United States District Judge